

3:25-cv-00083

_Filed _Received _Entered _Served On
Counsel/Parties of Record

FEB 1 2 2025

Clerk US District Court
District of Nevada

By:_____
_____ Deputy

## Notice:

## No IFP Application, or Filing Fee was received with Initiating Documents.